# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re:  
    MARTY R NELSON  
    PAMELA J NELSON  
    Debtors

Case No. 13-80497

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Sabrina L. McKinney, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/02/2013.

2) The plan was confirmed on 08/21/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/16/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was completed on 10/31/2017.

6) Number of months from filing to last payment: 55.00.

7) Number of months case was pending: 57.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $11,529.00.

10) Amount of unsecured claims discharged without payment: $75,878.01.

**UST Form 101-13-FR-S (4/1/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $68,100.00 |
| Less amount refunded to debtor | $3,268.15 |

**NET RECEIPTS:** $64,831.85

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,750.00 |
| Court Costs | $231.00 |
| Trustee Expenses & Compensation | $3,215.01 |
| Other | $6.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $6,202.01

Attorney fees paid and disclosed by debtor: $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALABAMA DEPARTMENT OF HUM | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| AMERICAN MEDICAL COLLECTION | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| ASHLEY FUNDING SERVICES LLC | Unsecured | NA | 75.95 | 75.95 | 23.90 | 0.00 |
| ASHLEY FUNDING SERVICES LLC | Unsecured | NA | 69.16 | 69.16 | 21.76 | 0.00 |
| BELLSOUTH TELECOMMUNICATIO | Unsecured | NA | 239.50 | 239.50 | 75.36 | 0.00 |
| BENEFICIAL FINANCIAL INC | Secured | NA | NA | NA | 0.00 | 0.00 |
| BENEFICIAL FINANCIAL INC | Secured | 7,633.00 | 7,632.31 | 1,122.53 | 1,122.53 | 227.47 |
| CALIBER HOME LOANS INC | Secured | 33,928.00 | 33,928.00 | 13,306.66 | 13,306.66 | 3,550.20 |
| CALIBER HOME LOANS INC | Secured | 108,644.00 | 108,644.00 | 166,952.77 | 0.00 | 0.00 |
| CALIBER HOME LOANS INC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CREDIT FINANCIAL SERVICES | Unsecured | 162.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT OF EDUCATION/NE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| DEPARTMENT OF EDUCATION/NE | Unsecured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| EAST ALABAMA MEDICAL CENTE | Unsecured | NA | 1,920.42 | 1,920.42 | 604.31 | 0.00 |
| ENHANCED RECOVERY CO LLC | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| GILS AUTO SALES | Secured | 9,000.00 | NA | NA | 0.00 | 0.00 |
| HOLLOWAY CREDIT SOLUTIONS | Unsecured | 1,586.00 | NA | NA | 0.00 | 0.00 |
| HOLLOWAY CREDIT SOLUTIONS | Unsecured | 172.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Secured | NA | 86,046.11 | 6,694.98 | 6,694.98 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 0.00 | 79,351.13 | 24,969.73 | 0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 282.05 | 282.05 | 88.75 | 0.00 |
| MERCHANTS ADJUSTMENT SERVIC | Unsecured | 66.00 | 110.70 | 110.70 | 34.83 | 0.00 |
| NCB MANAGEMENT SRV INC | Unsecured | NA | 24,731.40 | 24,731.40 | 7,782.33 | 0.00 |
| NCEP LLC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| NCEP LLC | Secured | 4,725.00 | 4,778.77 | 0.00 | 0.00 | 0.00 |
| NCEP LLC | Secured | NA | 9,063.78 | 0.00 | 0.00 | 0.00 |
| NCEP LLC | Secured | NA | 513.61 | 0.00 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 6,000.00 | 9,639.63 | 9,639.63 | 0.00 | 0.00 |
| ORTHOPAEDIC CLINIC | Unsecured | 403.00 | 403.70 | 403.70 | 127.03 | 0.00 |
| PORTFOLIO RECOVERY & AFF | Unsecured | 104.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (4/1/2009)**

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PRIME ACCEPTANCE CORP | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| SNAP ON CREDIT | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| TR MOTORS | Secured | 12,000.00 | NA | NA | 0.00 | 0.00 |
| U S DEPT OF ED/GSL/ATL | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| WF FINANCIAL CARDS | Unsecured | NA | NA | NA | 0.00 | 0.00 |

### Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $168,075.30 | $1,122.53 | $227.47 |
| Mortgage Arrearage | $13,306.66 | $13,306.66 | $3,550.20 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $6,694.98 | $6,694.98 | $0.00 |
| **TOTAL SECURED:** | **$188,076.94** | **$21,124.17** | **$3,777.67** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$116,823.64** | **$33,728.00** | **$0.00** |

### Disbursements:

| | |
|---|---|
| Expenses of Administration | $6,202.01 |
| Disbursements to Creditors | $58,629.84 |
| **TOTAL DISBURSEMENTS:** | **$64,831.85** |

11) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

**UST Form 101-13-FR-S (4/1/2009)**

| | |
|---|---|
| Dated: 01/12/2018 | By: /s/ Sabrina L. McKinney |
| Office of the Chapter 13 Trustee | Chapter 13 Standing Trustee |
| P. O. Box 173 | |
| Montgomery, AL  36101-0173 | |
| Phone: (334)262-8371 | |
| Fax: (334)262-8599 | |
| email: 13Trustee@ch13mdal.com | |

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (4/1/2009)**