# Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

P.O. Box 173
Montgomery, AL 36101-0173
PHONE 334-262-8371 • FAX 334-262-8599

SABRINA L. MCKINNEY
TRUSTEE

BETH PEEK
ASSISTANT TRUSTEE

April 09, 2018

United States Bankruptcy Court
Clerk of the Court
Post Office Box 1248
Montgomery, Alabama 36192

RE: Report of Unclaimed Funds

Dear Clerk of the Court:

The following Chapter 13 cases have been closed by Order of the Court; however, certain funds of the estates have been unpaid. Enclosed is check #3125284 for $4,125.14 representing those unpaid funds. Pursuant to Rule 3011 of the Rules of the Bankruptcy Procedure, below is an itemized listing of the names and addresses of those creditors, or debtors, not receiving full payment or refund, under the plans (due to checks not being negotiated).

| Debtor & Case No. | Creditor (Debtor) & Address | Amount |
|---|---|---|
| GENEVA RELF<br>12-31040-DHW | CASH CENTRAL<br>6785 BOBCAT WAY STE 200<br>DUBLIN, OH, 43016 | $1.05 |
| CONNIE MEANS<br>12-31792-DHW | 1 STOP CASH<br>5925A CARMICHAEL RD<br>MONTGOMERY, AL, 36117 | $6.48 |
| FELICIA M GUEVARA<br>12-32092-DHW | TAYLOR CROSSING APARTMENTS<br>C/O CHARLES N. PARNELL, ESQ.<br>P.O. BOX 2189<br>MONTGOMERY, AL, 36102 | $0.24 |
| MUREL LYNN HOBBS<br>12-11768-WRS | MUREL LYNN HOBBS<br>4010 MANICE NEWTON RD LOT A 203<br>MIDLAND CITY, AL, 36350 | $1.81 |
| LARRY L BUTLER<br>12-32651-DHW | LARRY L BUTLER<br>5839 BREWBAKER BLVD<br>MONTGOMERY, AL, 36116 | $112.17 |
| DENNIS LEE FRANKLIN CARROLL<br>12-32737-DHW | DENNIS LEE FRANKLIN CARROLL<br>105 GROVEWOOD DR<br>MONTGOMERY, AL, 36108 | $20.41 |

| Debtor & Case No. | Creditor (Debtor) & Address | Amount |
|---|---|---|
| JAMES CLIFTON PEAY JR<br>12-12104-WRS | JAMES CLIFTON PEAY JR<br>810 S LENA ST<br>DOTHAN, AL, 36301 | $287.62 |
| LAURIE B HAYNES<br>12-33432-DHW | SPOT ON LOANS<br>P O BOX 6243<br>N LOGAN, UT, 84341 | $680.00 |
| LAURIE B HAYNES<br>12-33432-DHW | ECONOMY CHECK ADVANCE<br>3 HOLLIDAY DR<br>MONTGOMERY, AL, 36109 | $12.83 |
| DANNY RAY LANE<br>13-10217-WRS | DANNY RAY LANE<br>P O BOX 310084<br>ENTERPRISE, AL, 36331 | $3.38 |
| MICHAEL CARL COLLINS<br>LAURA A COLLINS<br>13-30475-DHW | MICHAEL CARL COLLINS<br>LAURA A COLLINS<br>522 CONRAD ST<br>MONTGOMERY, AL, 36110 | $0.10 |
| MARTY R NELSON<br>PAMELA J NELSON<br>13-80497-WRS | MARTY R NELSON<br>PAMELA J NELSON<br>225 LEE RD 656<br>VALLEY, AL, 36854 | $1,358.00 |
| PHILLIP ALLEN SPENCER<br>13-30828-DHW | EASY CHECK ADVANCE<br>3 HOLIDAY DR<br>MONTGOMERY, AL, 36109 | $5.37 |
| PHILLIP ALLEN SPENCER<br>13-30828-DHW | ECONOMY CHECK ADVANCE<br>3 HOLLIDAY DR<br>MONTGOMERY, AL, 36109 | $5.37 |
| ANGELEON K MITCHELL<br>13-30855-DHW | ANGELEON K MITCHELL<br>2396 BRUSHY CREEK<br>GEORGIANA, AL, 36033 | $5.63 |
| LARISSA SCHULER<br>13-10885-WRS | LARISSA SCHULER<br>251 BLUFF SPRINGS RD LOT 5<br>COWARTS, AL, 36321 | $15.78 |
| TRACEY CABBLE<br>13-31320-DHW | ACTION BUY CAR<br>2200 MT. MEIGS ROAD<br>MONTGOMERY, AL, 36107 | $42.75 |
| LESIA GRAY<br>13-31346-WRS | ECONOMY CHECK ADVANCE<br>3 HOLLIDAY DR<br>MONTGOMERY, AL, 36109 | $2.06 |
| KENNETH RAY ROEHM<br>13-31423-WRS | YES INTERNATIONAL<br>DUVERA FINANCIAL<br>P O BOX 2549<br>CARLSBAD, CA, 92008 | $249.58 |

| Debtor & Case No. | Creditor (Debtor) & Address | Amount |
|---|---|---|
| TOREY L TRUITT<br>13-11030-WRS | SMITH ROUCHON & ASSOCIATES<br>DR PETER JENSEN<br>1110 BRADSHAW DR<br>FLORENCE, FL, 35630 | $0.01 |
| JAMES F JONES<br>13-32088-DHW | CITIFINANCIAL<br>P O BOX 70923<br>CHARLOTTE, NC, 28272-0923 | $518.04 |
| LINDA ANDERSON OLIVER<br>13-81197-WRS | LINDA ANDERSON OLIVER<br>192 LEE RD 666<br>AUBURN, AL, 36832 | $5.00 |
| ANNIE RUTH FEAGINS<br>13-11907-WRS | ANNIE RUTH FEAGINS<br>998 HWY 131<br>EUFAULA, AL, 36027 | $1.72 |
| CATRIANA MOORE<br>13-32694-DHW | CATRIANA MOORE<br>3207 HACKBERRY LANE<br>MONTGOMERY, AL, 36116 | $0.32 |
| LATRISHA WILLIAMS<br>13-32725-DHW | LATRISHA WILLIAMS<br>3562 SOUTHMONT DR<br>MONTGOMERY, AL, 36108 | $2.90 |
| DEMETRIUS KNIGHT<br>CECEILIA ALLEN KNIGHT<br>13-32827-DHW | ONE STOP CASH<br>5925A CARMICHAEL RD<br>MONTGOMERY, AL, 36117 | $33.72 |
| JENNIFER SLAUGHTER<br>13-81619-WRS | JENNIFER SLAUGHTER<br>607 SEYMOUR DR<br>ROANOKE, AL, 36274 | $2.80 |
| KAMI HOLSTICK<br>14-31301-DHW | KAMI HOLSTICK<br>95 QUAIL CROSSING DR<br>TALLASSEE, AL, 36078 | $7.10 |
| THOMAS MARSHALL COWAN<br>14-11722-WRS | THOMAS MARSHALL COWAN<br>20042 HWY 189<br>ELBA, AL, 36323 | $0.42 |
| DAVID FAIL<br>CHARLOTTE FAIL<br>15-30286-DHW | DAVID FAIL<br>CHARLOTTE FAIL<br>102 GLENDA LANE<br>MONTGOMERY, AL, 36108 | $1.48 |
| ROBERTA D JACKSON<br>15-30699-WRS | ANYTIME BAIL BOND<br>635 MADISON AVE<br>MONTGOMERY, AL, 36104 | $49.06 |
| DOMONIQUE DANIELLE WILLIAMS<br>15-33126-DHW | DOMONIQUE DANIELLE WILLIAMS<br>5785 EXPRESS DR APT A15<br>MONTGOMERY, AL, 36116 | $480.00 |

- 4 -

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| ANTHONY TYRELL LYNN<br>17-10389-WRS | ANTHONY TYRELL LYNN<br>216 PROFITE WILLIAMS RD<br>EUFAULA, AL, 36027 | $211.94 |

This does certify that the information shown above is true and correct to the best of my knowledge and belief.

Sincerely,

Sabrina L. McKinney
Chapter 13 Standing Trustee
SLM/BH